**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BARBARA GREENLEE-WRIGHT    :
242 W Street, NW
Washington, DC  20001    :

    Plaintiff    :

v.    :    Case No.:

THE UNITED STATES OF AMERICA    :

SERVE:  Loretta E. Lynch    :
Attorney General of the United
States    :
Room B-103
950 Pennsylvania Avenue, N.W.    :
Washington, DC 20530-0001

Vincent H. Cohen, Jr.    :
U.S. Attorney for the District of
Columbia    :
555 4th Street, N.W. – 5th Floor
Washington, DC 20530    :

    Defendant    :

**COMPLAINT**
**(Federal Tort Claim Act – Auto Collision – Property Damage - Negligence)**

**JURISDICTION AND VENUE**

    Plaintiff, Barbara Greenlee-Wright, by and through her attorney, Marvin Liss, brings this claim against Defendant, United States of America, and for his cause of action states as follows:

    1.    Jurisdiction of this Court is invoked pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 1346(b) and § 2671, et seq.

    2.    Plaintiff, Barbara Greenlee-Wright, is an adult citizen of the United States, residing in the District of Columbia.

    3.    The cause of this action arose in the District of Columbia, thus venue properly lies with this Court pursuant to 28 U.S.C. § 1402(b).

4. Plaintiff, Kevin Adams, timely filed his administrative claim with the Court Services and Offender Supervision Agency for the District of Columbia by filing Form 95 pursuant to 28 U.S.C. § 2675(a).  The claim was filed on December 29, 2014. The Defendant by letter dated April 15, 2014 denied the Plaintiff's claim and less than six (6) months have passed since the date of said letter. Plaintiff has elected to commence this action pursuant to 28 U.S.C. § 2675(a).

## FACTS

5. On July 1, 2014, at approximately 11:50 a.m., Plaintiff, Barbara Greenlee-Wright, while exercising due care and attention, was operating her motor vehicle along North Capitol Street, NW near its intersection with Rhode Island Avenue, NW in Washington, D.C.

6. That at the same time and place aforementioned a motor vehicle being operated by agents, employees, servants and/or permittees of the Defendant was operating her motor vehicle along Rhode Island Avenue, NW and was attempting to turn onto North Capitol Street, NW, in Washington, D.C.

7. At the same time and place aforementioned the Defendant's motor vehicle negligently struck the Plaintiff's motor vehicle.

## COUNT I
### (Negligence)

7. Plaintiff incorporates by reference paragraphs 1 through 7 of this Complaint, and further alleges that the accident and resulting injuries of Plaintiff, Barbara Greenlee-Wright, were the direct and proximate result of the negligence of the Defendant.

9. That at the same time and place aforementioned, it became the duty of said Defendant to operate and/or to have its motor vehicle operated in a safe and prudent manner, to maintain a constant vigilance for all other vehicles around it; to yield the right of way to on-coming traffic; not to turn until safe to do so; to pay full time and attention and to observe all the traffic laws, rules and regulations of the District of Columbia.

10. That notwithstanding the Defendant's duties, the Defendant negligently struck the Plaintiff and the violations of the Defendant's duties include, but are not limited to the following:

    a.    failure to pay full time and attention to the operation of her motor vehicle;

    b.    failure to yield the right of way to the Plaintiff's motor vehicle;

    c.    driving negligently, without using reasonable care;

    d.    unsafe operation of a motor vehicle;

    e.    failure to maintain a proper lookout;

    f.    failure to avoid the collision;

    g.    failing to turn only when safe to do so;

    h.    failure to comply with the applicable District of Columbia Motor Vehicle and Traffic Regulations then and there in effect.

11. That notwithstanding the aforementioned duties, said Defendant, either individually and/or by and through its employee, agent, servant and/or permittee, failed in the performance thereof, and, without warning, negligently and recklessly caused his motor vehicle to forcefully and violently strike the Plaintiff's vehicle.

12. That as a direct and proximate result of the negligent acts of said Defendant, the Plaintiff, Barbara Greenlee-Wright, sustained severe personal injuries to her neck, shoulders; head; back and shock to her central nervous system.

13. That as a direct and proximate result of said Defendant's negligence, the Plaintiff, Barbara Greenlee-Wright, has incurred, and will continue to incur, substantial expenses for medical care and attention.

**WHEREFORE**, the Plaintiff, Barbara Greenlee-Wright, demands judgment against the Defendant, United States of America, in the amount of Twenty Nine Thousand Dollars and 00/100 ($29,000.00) plus costs and interests herein.

/s/Marvin Liss  
Marvin Liss #433592  
5225 Wisconsin Avenue, N.W.  
Suite 504  
Washington, DC 20015  
(202) 237-6300  
Attorney for Plaintiff